# EXHIBIT B

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2014-07-22 16:56:44 EDT |
| Mark: | SWEET HUT |

# SWEET HUT

| | | | |
|---|---|---|---|
| US Serial Number: | 86297689 | Application Filing Date: | Jun. 02, 2014 |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |
| Status: | New application will be assigned to an examining attorney approximately 3 months after filing date. | | |
| Status Date: | Jun. 13, 2014 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | SWEET HUT |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

| | |
|---|---|
| Claimed Ownership of US Registrations: | 4382937 |

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Café, restaurant, and bakery services | | |
| International Class(es): | 043 - Primary Class | U.S Class(es): | 100, 101 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Apr. 08, 2012 | Use in Commerce: | Apr. 08, 2012 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes | Amended Use: | No |
| Filed ITU: | No | Currently ITU: | No | Amended ITU: | No |
| Filed 44D: | No | Currently 44D: | No | Amended 44D: | No |
| Filed 44E: | No | Currently 44E: | No | Amended 44E: | No |
| Filed 66A: | No | Currently 66A: | No | | |
| Filed No Basis: | No | Currently No Basis: | No | | |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| Owner Name: | Ewe Group Inc. | | |
| Owner Address: | 5150 Buford Hwy Ste A-100<br>Doraville, GEORGIA 30340<br>UNITED STATES | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | GEORGIA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | Marcy L. Sperry | Docket Number: | E74863 3001/ |
| Attorney Primary Email Address: | atltrademarks@wcsr.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | MARCY L. SPERRY<br>WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>271 17TH ST NE STE 2400<br>ATLANTA, GEORGIA 30363<br>UNITED STATES |
| **Phone:** (404) 879-2432 | **Fax:** (404) 879-2932 |
| **Correspondent e-mail:** atltrademarks@wcsr.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 13, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 05, 2014 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Jun. 13, 2014 |