# EXHIBIT C

Sweet Talk vs Sweet Hut

Floor tile



Sweet Talk vs Sweet Hut
Wall tile



**Sweet Talk vs. Sweet Hut**

**Counter**



Sweet Talk vs Sweet Hut

Divider




**Sweet Talk vs Sweet Hut**

**Ceiling**



Sweet Talk vs Sweet Hut
Booth & lightning



Sweet Talk vs Sweet Hut

Packaging

