# EXHIBIT D





Email or Phone | Password | Log In

Keep me logged in | Forgot your password?

Create Page

**Recent**

2014

# Sweet Talk Bakery & Cafe

Bakery · Coffee Shop

**Timeline** | About | Photos | Reviews | More ▾

## PEOPLE

★★★★★

**140** likes

**179** visits

## ABOUT

3675 Satellite Blvd Suite 720
Duluth, Georgia

(678) 622-7833

Open
Today 8:00am - 12:00am

## PHOTOS

## REVIEWS

**Sweet Talk Bakery & Cafe** created an event.
July 10

**Sweet Talk GRAND OPENING!!!**
Friday, July 11 at 8:00am in EDT
Sweet Talk Bakery & Cafe in Duluth, Georgia
91 people went

Like · Comment · Share

Grace North and Victor Ng like this.

## EARLIER IN 2014

HIGHLIGHTS ▾

See More Stories

**Grace North**
★★★★★ 07/15/2014
Great fresh bread, freshly brewed tea and a reasonable price! The best ever! !(((o(*゚▽゚*)o)))

1

**Jim Chen**
★★★★★ 07/11/2014
Best over all

1

**Jill Twiss**
★★★★★ 07/19/2014
So fresh. Delicious.

English (US) · Privacy · Terms · Cookies · More
Facebook © 2014