# EXHIBIT E

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2014-07-23 16:46:37 EDT |
| **Mark:** | SWEET TALK BAKERY & CAFE |

Sweet Talk Bakery & Cafe

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86177109 | **Application Filing Date:** | Jan. 28, 2014 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **Status:** | A request for an extension of time to file an opposition has been filed with the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page. | | |
| **Status Date:** | Jul. 08, 2014 | | |
| **Publication Date:** | Jul. 01, 2014 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | SWEET TALK BAKERY & CAFE |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "BAKERY & CAFE" |

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Restaurant services, including sit-down service of food and take-out restaurant services | | |
| **International Class(es):** | 043 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | The Bread Store, LLC |
| **DBA, AKA, Formerly:** | DBA Sweet Talk Bakery & Cafe |
| **Owner Address:** | 3675 Satellite Blvd., Suite 720<br>Duluth, GEORGIA 30096<br>UNITED STATES |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | GEORGIA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Brian J. Harris | | |
| **Attorney Primary Email Address:** | bharris@bjh-law.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent** | BRIAN J. HARRIS |

| | | | |
|---|---|---|---|
| Name/Address: | BRIAN J. HARRIS, P.C. <br> 1860 SANDY PLAINS RD STE 204-163 <br> MARIETTA, GEORGIA 30066-7833 <br> UNITED STATES | | |
| Phone: | 404-583-3865 | | |
| Correspondent e-mail: | bharris@bjh-law.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 08, 2014 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Jul. 01, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 01, 2014 | PUBLISHED FOR OPPOSITION | |
| Jun. 11, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 27, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77312 |
| May 23, 2014 | ASSIGNED TO LIE | 77312 |
| May 12, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 12, 2014 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| May 12, 2014 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| May 12, 2014 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| May 12, 2014 | EXAMINERS AMENDMENT -WRITTEN | 77986 |
| May 09, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| May 09, 2014 | NON-FINAL ACTION E-MAILED | 6325 |
| May 09, 2014 | NON-FINAL ACTION WRITTEN | 77986 |
| May 02, 2014 | ASSIGNED TO EXAMINER | 77986 |
| Feb. 08, 2014 | NOTICE OF PSEUDO MARK E-MAILED | |
| Feb. 07, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jan. 31, 2014 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| TM Attorney: | KHOURI, SANI PHILIPPE | Law Office Assigned: | LAW OFFICE 110 |

**File Location**

| | | | |
|---|---|---|---|
| Current Location: | PUBLICATION AND ISSUE SECTION | Date in Location: | May 27, 2014 |

## Proceedings

**Summary**

**Number of Proceedings:** 1

**Type of Proceeding: Extension of Time**

| | | | |
|---|---|---|---|
| Proceeding Number: | 86177109 | Filing Date: | Jul 08, 2014 |
| Status: | Not Instituted | Status Date: | Jul 08, 2014 |
| Interlocutory Attorney: | | | |

**Defendant**

| | |
|---|---|
| Name: | The Bread Store, LLC |
| Correspondent Address: | BRIAN J. HARRIS <br> BRIAN J. HARRIS, P.C. <br> 1860 SANDY PLAINS RD STE 204-163 <br> MARIETTA GA , 30066-7833 |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| SWEET TALK BAKERY & CAFE | Request For Extension of Time to File Opposition | 86177109 | |

**Potential Opposer(s)**

|  | **Name:** | Ewe Group Inc. |
|---|---|---|
| **Correspondent Address:** | | Marcy L. Sperry |
| | | Womble Carlyle Sandridge & Rice, LLP |
| | | P.O. Box 7037 |
| | | Atlanta GA , 30357-0037 |
| | | UNITED STATES |
| **Correspondent e-mail:** | | atltrademarks@wcsr.com |

| Prosecution History | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 08, 2014 | |
| 2 | EXTENSION OF TIME GRANTED | Jul 08, 2014 | |

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2014-07-23 16:47:55 EDT |
| **Mark:** | ST SWEET TALK · BAKERY & CAFE · |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 86177123 | **Application Filing Date:** | Jan. 28, 2014 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **Status:** | A request for an extension of time to file an opposition has been filed with the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page. | | |
| **Status Date:** | Jul. 08, 2014 | | |
| **Publication Date:** | Jul. 01, 2014 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | ST SWEET TALK · BAKERY & CAFE · |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of the conjoined letters "S" and "T" in a circle on the left side of the image with the top half of the circle having a maroon background and the bottom half of the circle having a brown background. The circle is outlined in brown. The words "Sweet Talk" appears in a maroon script to the right of the logo with the words "Bakery & Cafe" in brown underneath. Two brown dots surround the words "bakery & cafe". |
| **Color Drawing:** | Yes |
| **Color(s) Claimed:** | The color(s) maroon and brown is/are claimed as a feature of the mark. |
| **Disclaimer:** | "BAKERY & CAFE" |
| **Design Search Code(s):** | 26.01.17 - Circles, two concentric; Concentric circles, two; Two concentric circles<br>26.01.21 - Circles that are totally or partially shaded. |

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Restaurant services, including sit-down service of food and take-out restaurant services | | |
| **International Class(es):** | 043 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | The Bread Store, LLC | | |
| **DBA, AKA, Formerly:** | DBA Sweet Talk Bakery & Cafe | | |
| **Owner Address:** | 3675 Satellite Blvd., Suite 720<br>Duluth, GEORGIA 30096<br>UNITED STATES | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where** | GEORGIA |

Organized:

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | Brian J. Harris |
| **Attorney Primary Email Address:** | bharris@bjh-law.com |
| **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | BRIAN J. HARRIS<br>BRIAN J. HARRIS, P.C.<br>1860 SANDY PLAINS RD STE 204-163<br>MARIETTA, GEORGIA 30066-7833<br>UNITED STATES |
| **Phone:** | 404-583-3865 |
| **Correspondent e-mail:** | bharris@bjh-law.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 08, 2014 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Jul. 01, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 01, 2014 | PUBLISHED FOR OPPOSITION | |
| Jun. 11, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 27, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77312 |
| May 23, 2014 | ASSIGNED TO LIE | 77312 |
| May 12, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 12, 2014 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| May 12, 2014 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| May 12, 2014 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| May 12, 2014 | EXAMINERS AMENDMENT -WRITTEN | 77986 |
| May 09, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| May 09, 2014 | NON-FINAL ACTION E-MAILED | 6325 |
| May 09, 2014 | NON-FINAL ACTION WRITTEN | 77986 |
| May 02, 2014 | ASSIGNED TO EXAMINER | 77986 |
| Feb. 08, 2014 | NOTICE OF DESIGN SEARCH CODE AND PSEUDO MARK E-MAILED | |
| Feb. 07, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jan. 31, 2014 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | KHOURI, SANI PHILIPPE | **Law Office Assigned:** | LAW OFFICE 110 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | May 27, 2014 |

## Proceedings

**Summary**

**Number of Proceedings:** 1

**Type of Proceeding: Extension of Time**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 86177123 | **Filing Date:** | Jul 08, 2014 |
| **Status:** | Not Instituted | **Status Date:** | Jul 08, 2014 |
| **Interlocutory Attorney:** | | | |

**Defendant**

| | |
|---|---|
| **Name:** | The Bread Store, LLC |

| | |
|---|---|
| **Correspondent Address:** | BRIAN J. HARRIS<br>BRIAN J. HARRIS, P.C.<br>1860 SANDY PLAINS RD STE 204-163<br>MARIETTA GA , 30066-7833 |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| ST SWEET TALK · BAKERY & CAFE · | Request For Extension of Time to File Opposition | 86177123 | |

### Potential Opposer(s)

| | |
|---|---|
| **Name:** | Ewe Group Inc. |
| **Correspondent Address:** | Marcy L. Sperry<br>Womble Carlyle Sandridge & Rice, LLP<br>P.O. Box 7037<br>Atlanta GA , 30357-0037<br>UNITED STATES |
| **Correspondent e-mail:** | atltrademarks@wcsr.com |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 08, 2014 | |
| 2 | EXTENSION OF TIME GRANTED | Jul 08, 2014 | |