# EXHIBIT F



# Sweet Talk Bakery & Cafe

 9 reviews    Details

$ • Desserts, Bubble Tea, Bakeries    Edit



3675 Satellite Blvd
Ste 720
Duluth, GA 30096

Get Directions

(678) 622-7833



See all 25 photos

Mango tart by Gina B.

---

Ad  **Royal Liquor Store**    2 reviews

**8.9 miles** away from Sweet Talk Bakery & Cafe
Your #1 Wine, Beer, Spirits, and Cigar destination in Alpharetta, we offer the Largest Selection of Craft Beer, Fine Wine & much more at the… read more

Today **8:00 am - 12:00 am** Open now

$**$$$**  Price range  **Inexpensive**

**Work here? Claim this business**

## Recommended Reviews

Yelp Sort | Date | Rating | Elites              English  9

Your trust is our top concern, so businesses can't pay to alter or remove their reviews. Learn more.

### Hours

| | |
|---|---|
| Mon | 8:00 am - 12:00 am  Open now |
| Tue | 8:00 am - 12:00 am |
| Wed | 8:00 am - 12:00 am |
| Thu | 8:00 am - 12:00 am |
| Fri | 8:00 am - 12:00 am |
| Sat | 8:00 am - 12:00 am |
| Sun | Closed |

Edit business info

### More business info

Accepts Credit Cards  **Yes**
Parking  **Private Lot**


**Judy L.**
First to review

### Work Here? Claim this Business

- Respond to reviews and privately message customers
- Claiming is free, and only takes a minute

---

 **Lee T.**
Duluth, GA
0 friends
4 reviews

   7/19/2014

Their sweet talk milk tea was really sweet. I cant even drink it. My friend got some buns ( they were the buns with cheese and hotdog on it ), and they were SO DRY; it looked like they were outside for a long time. Then I saw the girl stood at the register packed buns, and she never took off her gloves even she touched a lots of things ( tray, COUNTER, sink, and the TONGs too  !!! WOW.....that was dirty and disgusting. They think people will think it's clear just because of she is wearing the gloves ? She touched our buns, and I was about to say it to them, but my friend didn't let me, so we just walked away. Well, we didn't eat it.

After that, we noticed that Sweet Talk looks really like Sweet Hut; from the roof to the floor! Their buns look exactly like the buns at Sweet Hut, and my DRINK too ( Sweet Hut Milk Tea vs. Sweet Talk Milk Tea ). Wow, what a copycat ! I think they try to copy everything from Sweet Hut, so people think they are Sweet Hut. However, Sweet Hut is way BETTER than this store. AGAIN.........WHAT A COPYCAT!!!

---

**Phong T.**
Stone Mountain, GA
185 friends
324 reviews

7/17/2014

1 check-in here

Two visits so far and this place is a solid 2 stars, for now.

I initally checked this place out with fellow Yelper, Judy L.,

for one of their grand opening days and it was packed and drinks were made pretty slowly (25 min wait for 2 drinks). At least there was a promo to buy 1 get 1 free on the day we went. I was expecting more than 4-5 workers to accomodate high volumes of customers.

***A/C please! Like an oven in there.

DRINKS:
-Iced Thai Tea
-Green Tea Frappucino
-Sweet Talk Milk Tea

I tried all 3 drinks and they were all okay. The Thai Tea was overly sweetened, but now that I know what it taste like, I can ask for adjustments. The tapioca balls were not good. Overly soft and slimy. There was no slight firm chewy texture to it.

PASTRIES/BAKED GOODS:
As far as pastries go, I will be back to try them when it dies down. All baked goods were completely out early afternoon so I didn't have a chance to try any.

DECOR:
Very similar to a competitor that's not in the Duluth area. I will not say the name, but it does start with 'Sweet.'


Green tea frappe and thai tea


Green tea frappe & thai tea

---


**Rose P.**
Norcross, GA
0 friends
9 reviews

 7/16/2014

A new bubble tea place in Satellite that is pretty much a replica of Sweet Hut on Buford Hwy. Interior is decent. Their seats are similar to Honey Bits (also located on Buford Hwy). Drinks and snack wise..pretty much Sweet Hut... What we ordered:

- Sweet Talk Mill Tea: taste pretty much like Coffee Milk Tea..
- Cookies & Cream Frap: taste like those coffee frap you get at starbucks. No taste of cookies and cream whatsoever. Only 'cookies' were the crumble cookies they sprinkle in top of the whipped cream.
- Jasmine Green Milk Tea: decent..but their tapioca were tasted mushy.
- Salt & Pepper Chicken Nuggets: ....lets say Quickly was much better. Has a weird taste to it...maybe because of their season.
- Fried Oysters: again...Quickly was better and bigger. Sweet Talk's were small, salty, and the oysters were really small inside. Oh and they gave us 4 instead 5..

So out if 3 drinks and 2 snacks, only thing that was decent was the Jasmine Green Tea..which is sad.

---


**James V.**
Duluth, GA
0 friends
2 reviews

⭐⭐⭐⭐⭐ 7/14/2014

Before I begin, I would like you all to read my full review and the reasons for giving it an obnoxiously high score while other customers have given it an average of 3 stars.

Reason for the 5 star:
I seldom believe the reviews of people who have less than 10 reviews. I was right in looking at John's history of reviews. His two reviews were for Sweet Hut and Sweet Talk. In his review for Sweet Hut, he writes *one line*, "Best ever! The food, the people & the decor" as justification for a 5** star rating. While one could sympathize with his reasoning (Sweet Hut has some good stuff), one cannot overlook the fact he wrote the review for Sweet Hut on the same day that he arbitrarily gives Sweet Talk a 1 star rating. I previously enjoyed going to Sweet Hut. But if their methods of crushing competing businesses include paying employees and friends to deflate a competitor's score out of spite, then they have earned themselves one less admirer. Get your act together Sweet Hut. Make your store better and stop trying to use underhanded methods to beating out competitors.
Previously my 5 was an inflated score. However, they have improved sufficiently to earn a 4.5 (which actually rounds up to a 5). While its not a 5 all the way across, I can happily say that my rating is no longer inflated.

Food (4)
I got a taro slice out of the fridge. Let me just say, I would have considered buying another slice if not self restraint. The bread was tasty (but then again you can never go wrong with the Pork Sung). I I tried one of the Seaweed Rolls (can't remember the actual name). If you can get one when the tray has just left the kitchen then you will know what I'm talking about. That was seriously good. By the way, avoid the Mexican Pastry thing. That was nasty.

Drinks (5)
The wait for drinks today only took around 5 minutes. My customary drink is the Jasmine Milk Tea. Sweet Talk's Jasmine Milk Tea actually tastes better than Sweet Hut's (the latter puts too much powder in their drink). Their boba is just right. In other bubble tea shops, the bubbles have soft shells but hard cores (Sweet Talk bubbles are soft all the way through). I just tried the Sweet Talk Milk Tea today but it doesn't taste overly sweet (had been expecting cavity-creating sweetness from the previous reviews). The drink actually makes me consider picking up their normal milk tea over the Jasmine. I guess the staff here decided to change the recipe after reading our comments. I got 3 toppings with my milk tea yesterday and (I don't even know if i should be complaining about this but...) there were too much toppings. Yea as weird as it sounds, I think they put a set amount of each topping regardless of how many different toppings you choose. I guess its a plus.
*For some reason, the Yelp reviews for this store has continued to misrepresent their drinks. The regular Sweet Talk Milk Tea is *almost* at a point where it doesn't have enough sweetness to it. How are people still saying it was really sweet (Lee T.)?

Decor (4)
Alright I like the place but like a previous rater mentioned, the place looks unoriginal due to the fact that most bakeries in the metro Atlanta region have started going for that modern appearance. They also have a white sofa region that looked kinda cool (again, we didn't go in because it was too big). My favorite part of the store was the patio.There is nothing like sitting outside in the summer breeze. I've just had the pleasure of enjoying their booth rooms in the back. Its perfect for sitting down and just studying (I sat there for a good 2 or 3 hours). They don't seem to mind a single person taking the room (even though it looks like its meant for more than 1).

Service (5)
In terms of friendliness and helpfulness, these guys deserve a 5. I had previously mentioned how some of their

baristas looked lost. That doesn't seem to be the case in my last few visits. I think they have finally started to settle in. Whenever I come here, I see at least 2 people at the the register, 1 taking the cash and the other packing. I think that's their way of prevent cross contamination.

(4+4+5+5)/4 = 4.5 --- 5 stars

Note to all ranting against the (un)originality:
The "most original" bakery/cafe I've seen so far is White Windmill. White Windmill opened it's doors back in 2010. Sweet Hut came along in 2012 and opened just a few minutes drive away from White Windmill. Nevertheless, Sweet Hut still took ideas from White Windmill. Why do certain people emphasize that Sweet Talk takes after Sweet Hut but not that Sweet Hut takes after White Windmill? Why does John S. (who up-rated Sweet Hut with a 5 star on THE SAME DAY that he down-rated Sweet Talk with a 1 star) not mention that Sweet Hut is "another copycat" as well?

Suggestion(s):
- try filling up the fridges. The empty spaces makes the place look a bit less professional.
- the tags are still handwritten (for the ones that actually have them).  There are still bread shelves(?) without names/prices



**Gina B.**
Atlanta, GA
2 friends
2 reviews

 7/14/2014

Once I heard about a new bubble tea place in town, I had to go try it out soon. Unfortunately, it looked EXACTLY like Sweet Hut. Not only that, I would say sweet talk is a combination of Sweet Hut, Kung Fu Tea, and possibly Paris Baguette all 3 of which are on Buford Highway. But majority of it has VERY similar seatings, style, and design as Sweet Hut, right down to the receipts. Also has the option to adjust your level of sugar and ice in your drink just like Kung Fu Tea. They had a case stand that displayed the "fancy" pastries like the huge swiss roll cakes that I also found similar at Paris Baguette. Overall, originality here sucks... just to be blunt.

Anyways, I ordered a regular Taro Milk Tea with Boba for $2.75 and a small kiwi tart for $1.25. The taro milk tea was good, but too sweet for me. I had just the regular level of sugar and ice so I probably will get less sugar next time...it's called SWEET Talk for a reason, I guess. The kiwi tart, I did not enjoy.  The crust was too hard, the cream in it was too buttery and sweet, the kiwis on top was sour, although very beautifully decorated on top. So basically, I only bought it for the looks.

I also tried a mango tart, fried chicken nuggets, and french fries from a friend who ordered them. All I can say is, if you want fried chicken nuggets, I would personally just drive to Quickly's off of Old Norcross to get cheaper and better nuggets (probably more pieces too). The ones at Sweet Talk tasted very fatty and the crust on it did not stick to the (dark) chicken meat. Granted, I came on their opening day so they probably will get better, hopefully. The fries tasted like any old fries with seasoning. The mango tart tasted just like the kiwi tart, except with mango topping.

Overall, I would say visit the place just to try it out. It's convenient for people who live in the Gwinnett area to get bubble tea similar to Sweet Hut. I gave it 3 stars because there is no originality and products were too sweet (for just regular level, can't imagine putting more sugar) as well as the pastries were not a "wow" factor. But it is a good place for people to hang out and have a drink... JUST like Sweet Hut!


Mango tart


Taro Bubble Tea (fruit tart in packaging, left side)


Small Kiwi Tart



**John S.**
Snellville, GA
0 friends
2 reviews

 7/13/2014

Another copycat in town.
They try to do everything the same as Sweet Hut, honestly speaking, this is definitely not my place.
We ordered a few pieces of cakes and no one could tell me what they are, it taste so so and dry. We had few drinks were ways too sweet.
People are friendly but service is slow, it takes more than 20 minutes to get our drinks done.



**Will V.**
Lilburn, GA
13 friends
1 review

 7/13/2014

Location:
Place looks great, although very reminiscent of sweet hut in Doraville. Over all it was nice in there. Must've been something up with the AC because the booth my friends and I were in was extremely warm.

Bread:
They ran out due to the promotion. So no opinion there.

Drinks:
The drinks were decent....they remind me of sweet hut which is not exactly a good thing. I feel as though the signature drink "sweet talk milk tea" could have less of a powder mixed with dirty water taste to it. Although it was free so...you get what you pay for? My GF enjoyed her drink "Mango Green Tea" however if paired with sweet toppings like lychee jelly, the drink becomes too sweet (which is what I had).

Service:
Drinks took nearly 40 minutes and I had to remind the staff 3 times before I finally got all of my drinks. In their defense it was busy due to the promotion. But it took 20 minutes before they told me my original order was unavailable. The staff was friendly though, just were great at remembering things.

Tips:
A lot of my gripes have to do with it being the grand opening. Hopefully they can be remedied after the initial buzz has calmed down. Ticketing system should be improved. Leaving receipts on the table as they make drinks is a recipe for disaster and will often have lost orders. Maybe pick up sweet hut's system where stickers with orders and order numbers are put onto the cup? Would definitely use less paper as well.

I will be back to try again, so i'll update after that.

---



**E L.**
Sacramento, CA
0 friends
11 reviews

   7/11/2014

1 check-in here

Went here today for the grand opening. This is a well decorated, organized, and friendly/average tea/bakery cafe similar to Sweet Hut. I'm sure that as time passes, the staff and restaurant will get their stuff together, so to speak. And of course, since they're running a promotion and giving out 1,000 pieces of bread a day, it'll take a while for things to whack back down to normal.

I went there in the evening at around 8pm with a group of four. We got their trademark milk tea and grass jelly milk tea. We also got their lemon tart and red velvet cake. The consensus was that everything was "okay". The jellies were a bit sweet, the milk tea was pretty average. The desserts were fairly subpar -- the red velvet cake was tasteless and dry. The lemon tart had a single blueberry on top - they were pretty fruit ratchet.

There was one young teenage couple absolutely getting it on in the middle of the store, very awkwardly. Everyone was just gawking, but they were in their own world. Perhaps they could have taken advantage of one of the booths in the back, or gotten a room.

My long term prediction is that this place is going to be successful. It's as nice as Sweet Hut, which makes it the nicest place in the burgeoning Gwinnett/Duluth area for tea/bakery. It's priced "okay". It looks nice, and it's centrally located on Satellite and Pleasant Hill. It's beside Saigon Cafe, tipping the shopping center in favor of Asian owned/operated establishments. The food and drinks aren't great, but let's be real - the main clientele is young folks that care less about gourmet products and care more about price, location, ambience, and interior design/functionality.

To get to four stars, they could really turn the focus on making great drinks and desserts. But they probably won't have to to be successful.





**Judy L.**
Atlanta, GA
**Elite '14**
105 friends
121 reviews

★★★☆☆   7/11/2014

3 check-ins here     First to Review

"Make Life Sweeter...Have Some Desserts!"

**I visited three times every day that weekend of their grand opening.

Another cute new bakery that has opened in the middle of Pleasant Hill area. They are currently offering freebies (like bread, drinks, etc.) for their grand opening weekend (July 11-13). However, they do have a limit and they do run out of freebies. There is complimentary wifi. The password is makelifesweeter (the beginning of their motto). I can see that this place could potentially beat out their competition in the area since there are only mediocre bubble tea joints in that area, but that's only if they realize what they could be improving on.

Decor/Ambiance: There's outdoor seating as well as indoor. It's spacious. However, they need to turn on their A/C because it's very hot indoor. They also need to add more trash disposals as there is only one right next to the register. Thus, causing trash to be left on outdoor tables as well as indoor tables.

Pastries/Drinks: I cannot say much about their bread seeing that they ran out before dinner time (~6pm). All gone & empty. We tried:

- Regular Taro Milk Tea (Reg.) - $2.75
- Regular Sweet Talk Milk Tea (Reg.) - $2.75
- Thai Tea (Reg.) - $2.75
- Matcha Green Tea Frappe - $4.95
- Honey Green Tea (L) - $3.75
- Jasmine Milk Tea (L) - $3.75
- Mini Kiwi Fruit Tart - $1.25
- Medium Heart Shaped Mango Fruit Tart - $3.75
- Slice of Mixed Fruit Cake - $3.95
- Slice of Red Velvet - $3.95
- Slice of Strawberry Cake - $3.95
- Chicken Nuggets - $3.75
- French Fries - $3.00 I believe.

You can adjust the sweetness and ice of your drinks. You can also add up to three toppings to your drinks. Toppings listed are: boba, egg pudding, rainbow jelly, lychee jelly, mango jelly, etc. Taro Milk Tea is too sweet. My friend said it's as if she was drinking diabetes. I would also say that you should probably adjust the sweetness of all their

drinks as they all are too sweet to the point that you get tired of drinking it like I sort of did. Honey Green Tea is okay, but make sure to adjust to less sweet. Matcha Green Tea Frappe is not good. I got tired of drinking it and it had 3/4 left. Thai Tea was standard Thai Tea, but definitely not the best. Sweet Talk Milk Tea is like black milk tea or what I would like to think -- "original" bubble tea...but please adjust the sweetness. Jasmine Green Tea is okay. For drinks, just mix it better. My friend ordered fries and chicken nuggets. I would never order French Fries from a bubble tea joint as you will be disappointed so don't bother since they are soggy and limp. Chicken nuggets are also not worth ordering because they cost $3.75!!! This is the most I have seen for chicken nuggets from a bubble tea joint/bakery. The nuggets seemed like they were sitting for a while since they were not crunchy at all and lacked flavor. I believe almost all their snacks are $3+. Strawberry cake is good, however it has a thin layer of strawberry jelly in the center instead of fruit which I found weird. The red velvet is not appetizing at all. Maybe that's why there were a lot left in the display case at 10pm on a Sunday night. The Red Velvet was dry and something about it tasted so off. I don't normally waste food, but I had to throw this out as no one else wanted to finish it (myself included). What bothered me the most is that they do NOT give you plastic plates or a piece of wax paper to cover a tray when they place pastries or cakes that are dine in. Clearly this is not right and they should take note of this from other bakeries. Plus, please ensure that your tray is clean. My tray had purple taro stains on it.

Service: Service may be slow since the employees are trying to get into the groove of things. From what I have observed, I don't think they have an experienced bubble tea barista on hand and I think this adds to the slow pace of service. The line moves incredibly slow. On a Sunday night at 9:30pm, we waited for 15-20 minutes in a line of only 5-6 people to place our order. Imagine how crazy the wait was on Friday and Saturday. They have two registers, but only one is in use. They also have two people that are handling that one register. It also seems that there's only one person that knows the merchandise and the price of everything as she is the one usually telling her employees how much to ring in. They had more than five employees working behind the register. Nothing was labeled in their dessert/cake display cases which adds the even slower service on the first day. I did notice that they started to label everything on the second day even though they were all handwritten signs.

Overall, I probably would check out this place in the future since I am curious to see how much they have changed since their opening. I can't say it's my favorite place to go since there are a lot of very good bubble tea places on Buford Highway that are way closer to me. They probably should have waited to open to ensure smoothness of the opening.



 

See all photos from Judy L.

Page 1 of 1

1 other review that is not currently recommended

| About | Help | More | Languages |
|---|---|---|---|
| About Yelp | FAQ | Careers | English |
| Yelp Blog | Advertise | Yelp Mobile | **Countries** |
| Press | Content Guidelines | The Weekly Yelp | United States |
| Investor Relations | Contact Yelp | Yelp SeatMe | |
| Terms of Service | Business Support | RSS | |
| Privacy Policy | Developers | Top Searches | |
| Ad Choices | | | |

Duluth Business Listings  #  A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  | Newly Added | Talk Archive

Site Map  Atlanta | Austin | Boston | Chicago | Dallas | Denver | Detroit | Honolulu | Houston | Los Angeles | Miami | Minneapolis | New York | Philadelphia | Portland | Sacramento | San Diego | San Francisco | San Jose | Seattle | Washington, DC | More Cities

Copyright © 2004–2014 Yelp Inc. Yelp, yelp, and related marks are registered trademarks of Yelp.