# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EWE GROUP, INC., doing business as Sweet Hut Bakery & Cafe, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) | 1:14-cv-2377-TCB |
| THE BREAD STORE, LLC, doing business as Sweet Talk Bakery & Cafe, | ) ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF ZHIWEI EWE IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

I, ZHIWEI EWE, hereby declare under penalty of perjury that the facts set forth herein are true and correct to the best of my knowledge and belief, and, if called as a witness, I could and would testify competently as I set out below:

1. My name is Zhiwei Ewe ("Rachel"). I am over eighteen years of age and am competent to testify about the matters set forth herein. I have personal knowledge of the matters set forth herein.

2. I am a manager at Sweet Hut Bakery & Cafe in Doraville, Georgia.

3. In May 2013, Dino Chow applied for a position as an employee at Sweet Hut Bakery & Cafe. Mr. Chow trained at Sweet Hut Bakery & Cafe Bakery

& Cafe for two days before informing me via email on June 3, 2013, that he was no longer interested in the position.

4. During Mr. Chow's training, he had access to and viewed all of Sweet Hut Bakery & Cafe's restaurant décor, menus, cake designs, packaging, and other interior designs. Mr. Chow expressed an interest in becoming a manager at Sweet Hut Bakery & Cafe during this training.

5. I understand that Mr. Chow is now a part owner of Sweet Talk Bakery & Cafe.

6. Sweet Talk Bakery & Cafe's menu is closely modeled on Sweet Hut Bakery & Cafe's menu and contains many identical items. An image depicting the similarities in the two menus is attached as **Exhibit 1**. A non-exhaustive list of examples is as follows:

  a. Sweet Hut Bakery & Cafe offers 11 types of milk teas. Sweet Talk Bakery & Cafe also offers 11 types of milk teas, many of which are identical to Sweet Hut Bakery & Cafe's offerings. Both restaurants charge $2.75 for a 16-oz. cup and $3.75 for a 24-oz. cup. Sweet Hut Bakery & Cafe has recently increased its price for a 16-oz. cup to $2.95.

b. Sweet Hut Bakery & Cafe offers a cold "House Blended Coffee" for $2.50 for a 16-oz. cup and $3.50 for a 24-oz. cup. Sweet Talk Bakery & Cafe offers a cold "House Blended Coffee" for $2.50 for a 16-oz. cup and $3.50 for a 24-oz. cup – the identical prices.

c. Sweet Hut Bakery & Cafe offers a hot "House Blended Coffee" for $2.50 for a 12-oz. cup and $3.50 for a 16-oz. cup. Sweet Talk Bakery & Cafe offers a hot "House Blended Coffee" for $2.50 for a 12-oz. cup and $3.50 for a 16-oz. cup – the identical prices.

d. Sweet Hut Bakery & Cafe offers 9 types of "Fruit Slush" beverages, all of which are sold for $4.25 for a 16-oz. cup and $5.25 for a 24-oz. cup. Sweet Talk Bakery & Cafe offers 7 types of "Fruit Smoothie" beverages, many of which are identical to Sweet Hut Bakery & Cafe's offerings, and all of which are sold for $4.25 for a 16-oz. cup and $5.25 for a 24-oz. cup – the identical prices.

e. Sweet Hut Bakery & Cafe offers 9 types of "Frappe" beverages, all of which are sold for $3.95 for a 16-oz. cup and $4.95 for a

24-oz. cup. Sweet Talk Bakery & Cafe offers 6 types of "Frappe" beverages, many of which are identical to Sweet Hut Bakery & Cafe's offerings, and all of which are sold for $3.95 for a 16-oz. cup and $4.95 for a 24-oz. cup – the identical prices. Sweet Hut Bakery & Cafe has recently increased the prices to $4.25 for a 16-oz. cup and $5.25 for a 24-oz. cup.

f. Sweet Hut Bakery & Cafe offers 15 types of "Hot Beverages," which include hot milk teas, green teas, and hot chocolate, all of which are sold for $2.75 for a 12-oz. cup and $3.75 for a 16-oz. cup. Sweet Talk Bakery & Cafe offers 18 types of "Hot Beverages," many of which are identical to Sweet Hut Bakery & Cafe's offerings and include hot milk teas, green teas, and hot chocolate, and all of which are sold for $2.75 for a 12-oz. cup and $3.75 for a 16-oz. cup – the identical prices. Sweet Hut Bakery & Cafe has recently increased its price to $2.95 for a 12-oz. cup.

g. Sweet Hut Bakery & Cafe offers "Customization" of most drink items, which provide various toppings, sweetness levels, and

ice levels. Sweet Talk Bakery & Cafe offers identical "Customization" options.

 h. Sweet Talk Bakery & Cafe's menu uses very similar, and in some cases identical, prefixes and numbers as Sweet Hut Bakery & Cafe's menu to identify menu items. For example, Sweet Talk Bakery & Cafe's "Fruit Smoothie" beverages and Sweet Hut Bakery & Cafe's "Fruit Slush" beverages are identified using the prefix "ST" followed by a two-digit number (e.g., "01").

7. Many of Sweet Talk Bakery & Cafe's cakes have the same or strikingly similar designs as Sweet Hut Bakery & Cafe's unique cake designs, including the Black Forest Cake, Fruit Cake, Mango Cake, and Taro Cakes, among others.

8. Other restaurants and bakeries in the metro Atlanta area use trade names that include the word "Sweet," including Sweet Rice in Duluth, Georgia. Sweet Rice focuses on Korean baked goods and bakery services, and employs a vastly different menu and design than Sweet Hut Bakery & Cafe. A graph comparing the menu offerings of Sweet Hut Bakery & Cafe, Sweet Talk Bakery & Cafe, and Sweet Rice is attached as **Exhibit 2**.

9. At no time has Sweet Hut Bakery & Cafe given Sweet Talk Bakery & Cafe consent, sponsorship, or authorization to use its restaurant name or distinctive features.

10. Sweet Hut Bakery & Cafe uses the internet and social media, including Facebook, to advertise and promote its goods and services. As of today, Sweet Hut Bakery & Cafe's Facebook page has 4,293 "likes" and 379 reviews for an average 4.5-star rating (out of 5). Sweet Hut Bakery & Cafe also has pages on Yelp ([www.yelp.com](www.yelp.com)) and Foursquare ([www.foursquare.com](www.foursquare.com)) where customers can post reviews of the restaurant. As of today, Sweet Hut Bakery & Cafe has received 326 reviews on Yelp and a 4-star rating (out of 5), and 195 votes on Foursquare and a 9.0 rating (out of 10.0).

11. Sweet Hut Bakery & Cafe has never authorized or condoned the posting of a negative online review of Sweet Talk Bakery & Cafe.

12. I became aware of one instance in which a Sweet Hut Bakery & Cafe employee, without authorization, posted a negative review of Sweet Talk Bakery & Cafe on Yelp, and I requested that it be removed from the site. It was promptly removed.

13. I am aware that Sweet Talk Bakery & Cafe has received generally negative to lukewarm reviews online. Negative reviews for Sweet Talk Bakery &

Cafe prejudice Sweet Hut Bakery & Cafe because customers confused as to the affiliation between the restaurants are likely to attribute the negative reviews to Sweet Hut Bakery & Cafe.

14. It is my understanding that Sweet Talk Bakery & Cafe does not have printed menus, flyers, or other printed advertisement material bearing the SWEET TALK BAKERY & CAFE marks. It is also my understanding that Sweet Talk Bakery & Cafe does not maintain a website to promote its restaurant, although it does have social media pages, including a dedicated page on Facebook. Sweet Talk Bakery & Cafe also has a dedicated page on Yelp.

15. It is my understanding that Sweet Talk Bakery & Cafe does have at least one billboard bearing the SWEET TALK BAKERY & CAFE marks.

16. In my opinion, Sweet Talk Bakery & Cafe will not be seriously disturbed if ordered to cease use of the SWEET TALK BAKERY & CAFE marks. In contrast, Sweet Hut Bakery & Cafe has suffered and will continue to suffer extreme harm and prejudice each day that Sweet Talk Bakery & Cafe continues to infringe Sweet Hut Bakery & Cafe's trademarks.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the

best of my knowledge and belief. Executed on August 5, 2014, in Atlanta, Georgia, United States of America.

_____
Zhiwei Ewe

EXHIBIT 1

# ELEMENTS COPIED FROM MENU

IN EVERY INSTANCE PRICING IDENTICAL AND SAME NUMBERING SYSTEM USED




**11 MILK TEAS**
SAME PRICE
SAME NUMBERING SYSTEM

**7 OF 10 TEAS IDENTICAL**
SAME NUMBERING SYSTEM
SAME PRICES

**FRAPPE**
PRICE SAME
SAME NUMBERING SYSTEM

**LEVELS & TOPPINGS**
SWEET LEVELS AND ICING LEVELS COPIED

**SMOOTHIE/FRUIT SLUSH**
PRICES SAME
SAME NUMBERING SYSTEM

**COFFEE**
PRICES SAME
SAME NUMBERING SYSTEM

## MILK 香醇奶茶 TEA
Reg [16oz] $2.75
Lrg [24oz] $3.75

- MT01. Sweet Hut Milk Tea / 招牌奶茶
- MT02. Jasmine Green Milk Tea / 茉香奶茶
- MT03. Classic Hazelnut Milk Tea / 经典榛果奶茶
- MT04. Caramel Milk Tea / 黄金焦糖奶茶
- MT05. Strawberry Milk Tea / 贵妃草莓奶茶
- MT06. Taro Milk Tea / 翡翠香芋奶茶
- MT07. Honey Jasmine Green Milk Tea / 甜蜜茉香奶茶
- MT08. Coconut Sugar Milk Tea / 梦幻红糖奶茶
- MT09. Thai Iced Tea / 泰式奶茶
- MT10. Coffee Milk Tea / 咖啡奶茶
- MT11. Hong Kong Style Milk Tea / 港式奶茶

## QQ PUDDING & JELLY QQ 口感
Reg [16oz] $2.75
Lrg [24oz] $3.75

- QQ01. QQ Grass Jelly Milk Tea / 招牌仙草奶茶
- QQ02. QQ Mango Pudding Green Tea / 芒果布丁绿茶
- QQ03. QQ Custard Pudding Milk Tea / 卡士答布丁奶茶
- QQ04. QQ Grass Jelly with Fresh Milk / 仙草碰鲜奶

## SUMMER BREEZE 特调
Lrg [24oz] $3.75

- SB01. Mango Green Tea / 清爽芒果绿茶
- SB02. Passion Fruit Green Tea / 摇摇裙百香果绿茶
- SB03. Honey Green Tea / 甜蜜蜜绿茶
- SB04. Pearl Green\Black Tea / 珍珠绿\红茶
- SB05. Lychee Black Tea / 荔枝红茶
- SB06. Fresh Orange Green\Black Tea / 阳光鲜橙绿\红茶
- SB07. Peppermint Green Tea / 薄荷绿茶

## FRUIT SLUSH 水果冰沙
Reg [16oz] $4.25
Lrg [24oz] $5.25

- ST01. Strawberry Slush / 草莓冰沙
- ST02. Strawberry Banana Slush / 草莓香蕉冰沙
- ST03. Four Berries Slush / 莓子冰沙
- ST04. Mango Slush / 芒果冰沙
- ST05. Peach Pear Apricot Slush / 桃子冰沙
- ST06. Red Bean Coconut Sugar Slush / 红豆椰糖冰沙
- ST07. Watermelon Slush / 西瓜冰沙
- ST08. Pineapple Paradise Slush / 菠萝冰沙
- ST09. Orange Tangerine

## FRAPPE 奶昔冰沙
Reg [16oz] $3.95
Lrg [24oz] $4.95

- FP01. Matcha Frappe / 抹茶冰沙
- FP02. Matcha Red Bean Frappe / 抹茶红豆冰沙
- FP03. Taro Frappe / 香芋冰沙
- FP04. Mocha Frappe / 摩卡冰沙
- FP05. White Chocolate Frappe / 白巧克力冰沙 [orange/strawberry/mango] / [橙桔/草莓/芒果]
- FP06. Extreme Toffee Cocoa Latte / 黑巧克力乳糖冰沙
- FP07. Hazelnut Frappe / 奶香榛果冰沙
- FP08. Caramel de Leche / 焦糖奶冰沙
- FP09. Pecan Butter Latte / 奶香山核桃冰沙 [+$0.30]

## ENERGETIC HEALTHY BOOST 活力健康
Reg [cold 16oz/hot 12oz] $2.75
Lrg [cold 24oz/hot 16oz] $3.75

- EH01. Brown Sugar Ginger Root Tea / 心太暖姜母茶
- EH02. Longan & Red Date Tea / 桂圆红枣茶
- EH03. Honey Lemon Aloe / 蜂蜜柠檬芦荟
- EH04. Kumquit Lemon Juice / 金桔柠檬汁
- EH05. Honey Ginseng Tea / 蜂蜜人参茶
- EH06. Roselle Lemon Tea / 洛神茶
- EH07. Winter Melon Tea / 冬瓜茶

## COFFEE SELECTION 咖啡
Reg [cold 16oz/hot 12oz] $2.50
Lrg [cold 24oz/hot 16oz] $3.50

- CS01. House Blended Coffee / 特选咖啡

Reg [cold 16oz/hot 12oz] $3.25
Lrg [cold 24oz/hot 16oz] $4.25

- CS02. Sea Salt Coffee Latte / 海盐拿铁
- CS03. Classic Hazelnut Latte / 经典榛果拿铁
- CS04. Caramel Mocha / 黄金焦糖摩卡
- CS05. White Chocolate Mocha / 白巧克力摩卡
- CS06. Vietnamese Coffee / 越南咖啡 [+$0.50 extra shot]
- CS07. Matcha Latte / 抹茶拿铁 [whole / soy milk]

**SWEET LEVEL:** Extra Sweet / Normal / Less Sweet / Half Sweet / Non Sweet
加糖 / 正常 / 少糖 / 半糖 / 无糖

**TOPPINGS:** Honey Boba / Aloe Vera / Custard Pudding / Mango Pudding / Rainbow Jelly / Grass Jelly / Lychee Jelly / Mango Jelly / Coffee Jelly / Passion Fruit Jelly
珍珠 / 芦荟 / 鸡蛋布丁 / 芒果布丁 / 彩虹咖喱 / 仙草咖喱 / 荔枝咖喱 / 芒果咖喱 / 咖啡咖喱 / 百香咖喱

**ICE LEVEL:** Extra Ice / Normal / Less Ice / Half Ice / No Ice
多冰 / 正常 / 少冰 / 半冰 / 无冰

EXHIBIT 2

| Comparison of Menu Items Between Sweet Talk Bakery & Cafe, Sweet Hut Bakery & Cafe, and Sweet Rice | | |
|---|---|---|
| **Sweet Talk Menu** | **Sweet Hut Menu** | **Sweet Rice Menu** |
| Blueberry Cheese | yes | no |
| Coconut Tarts | yes | no |
| Curry Chicken Puffs | yes | no |
| BBQ Pork Puffs | yes | no |
| Egg Tarts | yes | no |
| Madam Pie | yes | no |
| Coconut Cranberry | yes | no |
| Corn & Ham | yes | no |
| Hot Dog & Cheese | yes | no |
| Spring Onions | yes | no |
| Ham and Cheese | yes | no |
| Hot Dog with Spring Onions | yes | no |
| Tuna Bun | yes | no |
| Taro Bun | yes | no |
| Coconut Butterfly | yes | no |
| Sweet Corn and Ham | yes | no |
| Mango Pudding | yes | no |
| Cocktail Bun | yes | no |
| Taro Pastry | yes | no |
| Pineapple Pastry | yes | no |
| Lotus Pastry | yes | no |
| Red Bean Pastry | yes | no |
| Red Bean Mooncake (with Egg Yolk) | yes | no |
| Lotus Mooncake (with Egg Yolk) | yes | no |
| Polo Peanut | yes | no |
| Caterpillar | yes | no |
| Polo Pork Sung | yes | no |
| Black Pepper Chicken | yes | no |
| Crispy Milk Cream | yes | no |
| Crispy Pork Sung | yes | no |
| Taiwanese Polo | yes | no |
| Hong Kong (Cantonese) Polo | yes | no |
| Violet | yes | no |
| Taro Cake | yes | no |
| Red Velvet | yes | no |
| Mocha Walnut | yes | no |

| | | |
|---|---|---|
| Pandan Cake | yes | no |
| Strawberry Cake | yes | no |
| Black Forrest | yes | no |
| Classic Tiramisu | yes | no |
| Cream Puff | yes | no |
| Caramel Pudding | yes | no |
| Taro Cake Sliced | yes | no |
| Strawberry Cake sliced | yes | no |
| Fruit Tart | yes | no |
| Creme Brûlée | yes | no |
| Fruit Cake Sliced | yes | no |
| Maringue | yes | no |
| Tiramisu cup | yes | no |
| Caramel Machiato | yes | no |
| Mocha Mousse | yes | no |
| Chocolate Mousse | yes | no |
| Sweet Talk Milk Tea | yes ("Sweet Hut Milk Tea") | no |
| Jasmine Green Milk Tea | yes | no |
| Honey Green Milk Tea | yes | no |
| Caramel Milk Tea | yes | no |
| Coffee Milk Tea | yes | no |
| Thai Tea | yes | no |
| Taro Milk Tea | yes | no |
| Grass Jelly Milk Tea | yes | no |
| Honey Green Tea | yes | no |
| Honey Lemon Green Tea | yes | no |
| Mango Green Tea | yes | no |
| Passion Fruit GT | yes | no |
| Honey Black Tea | yes | no |
| Lychee Black Tea | yes | no |
| Matcha Green Tea Frappe | yes | no |
| Taro Frappe | yes | no |
| Mocha Frappe | yes | yes |
| Caramel Frappe | yes | yes |
| Mango Smoothies | yes | no |
| Peach Smoothies | yes | no |
| Pineapple Smoothies | yes | no |
| Watermelon Smoothies | yes | no |
| Strawberry Banana Smoothies | yes | no |
| House Blended Coffee | yes | yes |
| Caramel Mocha | yes | no |

| Drink | Col2 | Col3 |
|---|---|---|
| White Chocolate Mocha | yes | yes |
| Longa Red Tea | yes | no |
| Hot Sweet Hut Milk Tea | yes | no |
| Hot Jasmine Green Milk Tea | yes | no |
| Hot Caramel Milk Tea | yes | no |
| Hot Coffee Milk Tea | yes | no |
| Hot Chocolate | yes | yes |
| Hot Ginger Root Tea | yes | yes |
| Citron Honey Tea | no | yes |
| Potted Milk Tea | no | no |
| Honey Dew Milk Tea | no | yes |
| Red Bean Milk Tea | no | no |
| Grapefruit Green Tea | no | no |
| Seasalt Green Tea | no | no |
| Sea Salt Black Tea | no | no |
| Green Bean Winter Melon Tea | no | no |
| Cookies & Creams Frappe | no | no |
| Java Chips Frappe | no | no |
| Grapefruit Juice | no | no |
| Orange juice | no | no |
| Watermelon Juice | no | no |
| Strawberry Kiwi Juice | no | no |
| Rose Tea | no | no |
| Four sason Tea | no | no |
| Pu-Er Chrysathemum Tea | no | yes |
| Chrysanthemum Tea | no | yes |