EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EWE GROUP, INC., doing business as Sweet Hut Bakery & Cafe, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) ) | 1:14-cv-2377-TCB |
| THE BREAD STORE, LLC, doing business as Sweet Talk Bakery & Cafe, | ) ) ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF TERRENCE PICH IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

I, TERRENCE PICH, hereby declare under penalty of perjury that the facts set forth herein are true and correct to the best of my knowledge and belief, and, if called as a witness, I could and would testify competently as I set out below:

1. My name is Terrence Pich. I am over eighteen years of age and am competent to testify about the matters set forth herein. I have personal knowledge of the matters set forth herein.

2. I am a cashier at Sweet Hut Bakery & Cafe in Doraville, Georgia.

3. On July 11, 2014, the opening day of the Sweet Talk Bakery & Cafe restaurant, a customer called Sweet Hut and asked for Sweet Talk's phone number. I explained to the customer that Sweet Hut was not affiliated with Sweet Talk.

4. On July 23, 2014, a customer asked me: "Is Sweet Talk your copycat? Their interior design is very similar to yours." I responded, "Yes, their design is really similar."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Executed on August 4, 2014, in Atlanta, Georgia, United States of America.

Terrence Pich