# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EWE GROUP, INC., doing business as Sweet Hut Bakery & Cafe, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) ) | 1:14-cv-2377-TCB |
| THE BREAD STORE, LLC, doing business as Sweet Talk Bakery & Cafe, | ) ) ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF TAMMY CHEONG IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

I, TAMMY CHEONG, hereby declare under penalty of perjury that the facts set forth herein are true and correct to the best of my knowledge and belief, and, if called as a witness, I could and would testify competently as I set out below:

1. My name is Tammy Cheong. I am over eighteen years of age and am competent to testify about the matters set forth herein. I have personal knowledge of the matters set forth herein.

2. I am a pastry supplier and am responsible for refilling the pastries at Sweet Hut Bakery & Cafe in Doraville, Georgia.

3. I am in the Sweet Hut Bakery & Cafe restaurant the majority of the time it is open. I believe I am on site more than any other employee on an average

day. I spend a great deal of time walking through the restaurant and talking with customers, and have more interaction with the customers than most, if not all, of the Sweet Hut Bakery & Cafe employees.

4. During the Fall of 2013, before the opening of Sweet Talk Bakery & Cafe, I witnessed Dino Chow enter Sweet Hut Bakery & Cafe and take photographs of the bread cabinets. After Mr. Chow saw me he asked for my permission to take the photographs. I granted him permission. He took the photographs and left shortly after.

5. For the first week following the opening of Sweet Talk on July 11, 2014, we received at least two to three inquiries every day from customers asking if Sweet Hut Bakery & Cafe is affiliated with Sweet Talk Bakery & Cafe. We have continued to receive about four to six similar inquiries every week since that time.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Executed on August 4, 2014, in Atlanta, Georgia, United States of America.

*Tammy Cheong*
_____
Tammy Cheong