# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EWE GROUP, INC., doing business as Sweet Hut Bakery & Cafe, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) ) | 1:14-cv-2377-TCB |
| THE BREAD STORE, LLC, doing business as Sweet Talk Bakery & Cafe, | ) ) ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF PHU NGUYEN IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

I, PHU NGUYEN, hereby declare under penalty of perjury that the facts set forth herein are true and correct to the best of my knowledge and belief, and, if called as a witness, I could and would testify competently as I set out below:

1. My name is Phu Nguyen. I am over eighteen years of age and am competent to testify about the matters set forth herein. I have personal knowledge of the matters set forth herein.

2. I am a barista at Sweet Hut Bakery & Cafe in Doraville, Georgia.

3. During the week of July 14, 2014, a friend of mine contacted me about his search for a job at Sweet Talk and said: "Aren't you working for Sweet Talk?" I explained to my friend that I work at Sweet Hut, and not Sweet Talk. My

friend then told me that he thought Sweet Hut and Sweet Talk were the same restaurants.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Executed on August 4, 2014, in Atlanta, Georgia, United States of America.

_____
Phu Nguyen