EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EWE GROUP, INC., doing business as Sweet Hut Bakery & Cafe, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) ) | 1:14-cv-2377-TCB |
| THE BREAD STORE, LLC, doing business as Sweet Talk Bakery & Cafe, | ) ) ) ) ) | |
| Defendant. | ) | |

### DECLARATION OF THAI BUI IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

I, THAI BUI, hereby declare under penalty of perjury that the facts set forth herein are true and correct to the best of my knowledge and belief, and, if called as a witness, I could and would testify competently as I set out below:

1. My name is Thai Bui. I am over eighteen years of age and am competent to testify about the matters set forth herein. I have personal knowledge of the matters set forth herein.

2. I am a barista and cashier at Sweet Hut Bakery & Cafe in Doraville, Georgia.

3. On July 19, 2014, a customer came into Sweet Hut to pick up a cake that had been ordered by his wife, but I could not locate the cake. The customer

showed us the text message from his wife about the cake and it referenced "Sweet Talk." I then explained to the customer that the cake had been ordered from Sweet Talk, and not Sweet Hut.

4. During the week of July 21, 2014, my girlfriend, Helen Nguyen, and her family asked me about the new Sweet Hut restaurant that had opened in the Pleasant Hill area. I explained to them that this new restaurant was called Sweet Talk and was not affiliated with Sweet Hut.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Executed on August 4, 2014, in Atlanta, Georgia, United States of America.

_____
Thai Bui