# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EWE GROUP, INC., doing business as Sweet Hut Bakery & Cafe, <br><br> Plaintiff, <br><br> v. <br><br> THE BREAD STORE, LLC, doing business as Sweet Talk Bakery & Cafe, <br><br> Defendant. | Civil Action No. <br><br> 1:14-cv-2377-TCB |

## DECLARATION OF CINDY LIANG IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

I, CINDY LIANG, hereby declare under penalty of perjury that the facts set forth herein are true and correct to the best of my knowledge and belief, and, if called as a witness, I could and would testify competently as I set out below:

1. My name is Cindy Liang. I am over eighteen years of age and am competent to testify about the matters set forth herein. I have personal knowledge of the matters set forth herein.

2. I am an accountant with the accounting firm AREEN KAO & CO., P.C. in Atlanta, Georgia.

3. Sweet Hut Bakery & Café is my client. I have worked with Sweet Hut Bakery & Café since Sweet Hut opened its first restaurant in April 2012. Through

my work with Sweet Hut, I have become familiar with Sweet Hut's business, including its restaurant name, restaurant décor and design.

4. On July 31, 2014, I asked Sweet Hut's owner, Yam Fong Wong ("Amy"), why Sweet Hut was using the name "Sweet Talk" for its Pleasant Hills location. I was under the impression that the Sweet Talk restaurant in Pleasant Hill was owned by Sweet Hut. Ms. Wong explained to me that Sweet Hut does not own or have any relationship with the Sweet Talk restaurant.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Executed on August 4, 2014, in Atlanta, Georgia, United States of America.

_____
Cindy Liang