# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EWE GROUP, INC., doing business as Sweet Hut Bakery & Cafe, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) ) | 1:14-cv-2377-TCB |
| THE BREAD STORE, LLC, doing business as Sweet Talk Bakery & Cafe, | ) ) ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF YAM FONG WONG IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

I, YAM FONG WONG, hereby declare under penalty of perjury that the facts set forth herein are true and correct to the best of my knowledge and belief, and, if called as a witness, I could and would testify competently as I set out below:

1. My name is Yam Fong Wong ("Amy"). I am over eighteen years of age and am competent to testify about the matters set forth herein. I have personal knowledge of the matters set forth herein.

2. I am an owner of Sweet Hut Bakery & Cafe in Doraville, Georgia.

3. On July 31, 2014, my accountant, Areen Kao, asked me why I had not informed her that Sweet Hut Bakery & Cafe had opened a new restaurant in Duluth. I told Ms. Kao that Sweet Hut Bakery & Cafe had not opened a new restaurant in Duluth yet and that Sweet Hut Bakery & Cafe did not own the new Sweet Talk Bakery & Cafe restaurant.

4. On the same date, July 31, 2014, Ms. Kao's colleague, Cindy Liang, separately asked me why Sweet Hut Bakery & Cafe was using "Sweet Talk" for its Duluth location. I explained to Ms. Liang that Sweet Hut Bakery & Cafe does not own or have any relationship with Sweet Talk Bakery & Cafe.

5. On August 3, 2014, a customer referred to Sweet Talk Bakery & Cafe and asked me, "Is that your store?" I responded that Sweet Talk Bakery & Cafe is not affiliated with Sweet Hut Bakery & Cafe.

6. Due to the ongoing confusion and questions from customers about the affiliation of Sweet Talk Bakery & Cafe and Sweet Hut Bakery & Cafe, Sweet Hut Bakery & Cafe erected the sign pictured below at the site of the new Duluth location. Despite the presence of the sign and attempt to distinguish Sweet Hut Bakery & Cafe from the Sweet Talk Bakery & Cafe opened directly across the street, Sweet Hut Bakery & Cafe continues learning on a daily basis of actual

confusion by the public and fielding customer questions about its affiliation with Sweet Talk.



Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Executed on August 5, 2014, in Atlanta, Georgia, United States of America.

_____
Yam Fong Wong