IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EWE GROUP, INC., doing business as Sweet Hut Bakery & Cafe, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) | 1:14-cv-2377-TCB |
| THE BREAD STORE, LLC, doing business as Sweet Talk Bakery & Cafe, | ) ) ) ) ) | |
| Defendant. | ) | |

## **RULE NISI**

**NOTICE IS HEREBY GIVEN** that Plaintiff Ewe Group, Inc., doing business as Sweet Hut Bakery & Cafe, has filed a Motion for Temporary Restraining Order in the above-styled case. Let the Defendant show cause before the Honorable Timothy C. Batten, Sr., Judge, on the _____ day of August, at _____ o'clock a.m./p.m., in Courtroom 2106 of the Federal Courthouse, why Plaintiff's Motion for Temporary Restraining Order should not be granted.

This ____ day of August, 2014.

                                              _____
                                              **Timothy C. Batten, Sr.**
                                              **United States District Judge**